# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

**ADV:** 14-90062

**AUTOMOTIVE FINANCE CORPORATION VS JOE LOUCAO**

| | |
|---|---|
| **Debtor:** | JOE MANUEL & JO ANN LOUCAO |
| **Case Number:** | 14-00601-MM7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 19, 2015 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

PRE-TRIAL STATUS CONFERENCE (fr. 12/4/14)

### Appearances:

VINCENT GORSKI, ATTORNEY FOR AUTOMOTIVE FINANCE CORPORATION - Telephonic
AHREN TILLER, ATTORNEY FOR JOE LOUCAO

### Disposition:

Trial dates of 4/6/15 & 4/7/15 vacated. Reset to 5/5/15 & 5/6/15.

Discovery cutoff 4/13/15.
Objections to evidence due by 4/20/15.
Witness and exhibits lists due by 4/27/15.

Pre-Trial set for 4/30/15 @ 10:00 AM.